**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01621-NYW

**VOIT TECHNOLOGIES, LLC,**

    Plaintiff

v.

**IT'S ONLY NATURAL, LLC,**

    Defendant.

_____

**ENTRY OF APPEARANCE OF MATTHEW C. HOLOHAN**
_____

Matthew C. Holohan, of the law firm Kilpatrick Townsend & Stockton LLP, hereby enters his appearance in this matter on behalf of Defendant, It's Only Natural, LLC.

DATED: August 14, 2017        Respectfully submitted,

                                  KILPATRICK TOWNSEND & STOCKTON LLP

                                  By:   *s/ Matthew C. Holohan*
                                            Matthew C. Holohan
                                            1400 Wewatta Street, Suite 600
                                            Denver, Colorado 80202
                                            Telephone: 303.571.4000
                                            Facsimile:  303.571.4321
                                            Email:mholohan@kilpatricktownsend.com

                                            Attorneys for Defendants
                                            IT'S ONLY NATURAL, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2017, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF MATTHEW C. HOLOHAN** was filed and served with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the following:

David F. Tamaroff, Esq.
Lipscomb & Partners, PLLC
25 S.E. 2nd Avenue, 8th Floor
Miami, Florida 33131
*dt@lipscombpartners.com*

*s/ Terri K. O'Brien*
Terri K. O'Brien